UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHELIA OSANN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SEVIER COUNTY, TENNESSEE, et al., )<br>)<br>  Defendants. ) | No. 3:16-CV-00633<br>REEVES/GUYTON |

## MEMORANDUM AND ORDER

This matter is before the court on the Report and Recommendation filed by United States Magistrate Judge, H. Bruce Guyton [R. 62]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's motion for leave to appeal *in forma pauperis* be denied. The court agrees that an appeal by plaintiff is not taken in good faith because it "lacks an arguable basis either in law or in fact." *Shepard v. Morvzin*, 2016 WL 10592246 at 1 (6th Cir. Dec. 9, 2016).

Accordingly, the court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).  It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling that plaintiff's motion for leave to appeal *in forma pauperis* [R. 62] is **DENIED**.

Enter:

*/s/ Pamela L. Reeves*
**CHIEF UNITED STATES DISTRICT JUDGE**